UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TONY FOWLER,                                  )
                                              )
                Plaintiff,                    )
                                              )        Case No. 2:10-cv-278
v.                                            )
                                              )        COLLIER / LEE
RAMEY AUTOMOTIVE, INC.,                        )
                                              )
                Defendant.                    )

## ORDER GRANTING MOTION AND TO SHOW CAUSE

A telephonic hearing on Defendant's Motion to Compel Discovery and for an Extension of

Time In Which to Conduct Discovery [Doc. 8] was noticed for October 13, 2011 at 3:00 P.M.

Counsel for Defendant properly appeared by telephone, but counsel for Plaintiff did not.

Accordingly, and based on the arguments presented in the parties' respective pleadings, it is hereby

**ORDERED** that Defendant's motion [Doc. 8] is **GRANTED** as follows:

1.      Plaintiff shall serve responses to the outstanding discovery requests addressed in the motion to compel no later than **October 14, 2011**;

2.      The discovery deadline shall be extended until **October 26, 2011** for the purposes of taking the depositions referenced in the motion and response; and

3.      Within **30 days** of the entry of this order, Plaintiff and his counsel shall pay Defendant its expenses incurred in bringing the motion, including reasonable attorney's fees, under Fed. R. Civ. P. 37. If the parties do not agree upon a reasonable payment for said expenses, an appropriately supported motion may be filed to further address this issue.

**It is further ORDERED that Plaintiff's counsel shall show cause within 14 days why he should not be held in contempt based upon his failure to appear for the telephonic hearing.**

All other deadlines in the Court's scheduling order [Doc. 6] remain in affect.

SO ORDERED

ENTER:

s/ *Susan K. Lee*

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE